ACCEPTED
03-14-00816-CR
4796156
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/7/2015 4:24:04 PM
JEFFREY D. KYLE
CLERK

NO. 03-14-00816-CR

| | | |
|---|---|---|
| ARIANA OLIVEIRA | § | IN THE THIRD COURT |
| v. | § | OF APPEALS |
| THE STATE OF TEXAS | § | AUSTIN, TEXAS |

3rd COURT OF APPEALS
AUSTIN, TEXAS
4/8/2015 4:24:04 PM
JEFFREY D. KYLE
Clerk

**SECOND MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF**

COMES NOW Ariana Oliveira, Appellant in the above-styled and numbered cause, by and through her undersigned counsel, and respectfully moves this Court to extend the time to file Appellant's brief. In support thereof, and pursuant to TEX. R. APP. PROC. 10.5(b), Appellant would show as follows:

(A)    Appellant's Brief is due on April 10, 2015;

(B) Appellant seeks a second 30 day extension;

(C) Undersigned counsel previously requested his first extension due to preparation for a sentencing on March 6, 2015 (*State of Texas vs. Juan Jose Santos*, Cause Number D-1-DC-13-900244 in the 403rd District Court of Travis County, Texas). However, on March 6, 2015, Mr. Santos rejected the states Plea offer and his case of continuous sexual assault of a child is set to be tried April 20, 2015. Undersigned counsel anticipates that he will have adequate time to research the law, and complete his brief if this Court grants a second 30-day extension;

(D)    Only one previous extension has been requested and granted.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that the foregoing motion be GRANTED.

Respectfully submitted,

/s/ Joshua D. Saegert
JOSHUA D. SAEGERT
Law Office of Joshua D. Saegert
609 W. 9th Street
Austin, Texas 78701
Phone: (512) 371-3477
Fax: (512) 236-9287
saegertlaw@yahoo.com
State Bar No. 90001888
ATTORNEY FOR APPELLANT


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Second Motion to Extend Time to File Appellant's Brief was emailed to the Travis County Attorney's Office, Appellate Division, 314 W. 11th St., Suite 400, Austin, Texas, 78701, on this the 7th day of April, 2015.

/s/ Joshua D. Saegert____
JOSHUA D. SAEGERT